# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-3057

———————————————

Rosalind M. Cross

*Plaintiff - Appellant*

v.

David S. Ferriero, Archivist of the United States, National Archives and Records Administration

*Defendant - Appellee*

—————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

—————————

Submitted: August 29, 2016
Filed: August 31, 2016
[Unpublished]

—————————

Before LOKEN, BENTON, and KELLY, Circuit Judges.

—————————

PER CURIAM.

Rosalind M. Cross appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

---

[1]The Honorable John M. Bodenhausen, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

This court reviewed the record de novo and carefully considered the arguments for reversal. Summary judgment was proper. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (de novo standard of review; summary judgment is appropriate if record, viewing facts and inferences in light most favorable to nonmoving party, shows there is no genuine issue as to any material fact and moving party is entitled to judgment as matter of law).

The judgment is affirmed. *See* 8th Cir. R. 47B. Cross's pending motion is denied as moot.

_____